# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39173**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Eric A. HYLER**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 12 January 2018

————————————

*Military Judge:* Andrew Kalavanos.

*Approved sentence:* Bad-conduct discharge, confinement for 4 months, and reduction to E-1. Sentence adjudged 30 June 2016 by GCM convened at Joint Base Langley-Eustis, Virginia.

*For Appellant:* Captain Patricia Encarnación Miranda, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Major Mary Ellen Payne, USAF; Major Meredith L. Steer, USAF.

Before JOHNSON, MINK, and DENNIS, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.*

FOR THE COURT

KATHLEEN M. POTTER
Acting Clerk of the Court

---

* We note an error in the promulgating order with respect to the Specification of Charge II, where the order omits the word "on" from the phrase ". . . and on or about 30 January 2015. . ." as stated on the charge sheet. We direct the publication of a corrected court-martial order to remedy this error.